IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-663-MOC-DCK

| | |
|---|---|
| LATREASS BRITTIAN, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| EXTENDED STAY AMERICA, INC., et al., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) filed by William M. Butler, concerning Stacie E. Tobin, on January 6, 2023. Stacie E. Tobin seeks to appear as counsel *pro hac vice* for Defendants Extended Stay America, Inc. and ESA Management, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 13) is **GRANTED**. Stacie E. Tobin is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: January 6, 2023

David C. Keesler
United States Magistrate Judge