IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-663-MOC-DCK

| | |
|---|---|
| LATREASS BRITTIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| EXTENDED STAY AMERICA, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) filed by Scott C. Harris, concerning Kristi Stahnke McGregor, on January 9, 2023. Kristi Stahnke McGregor seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) is **GRANTED**. Kristi Stahnke McGregor is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: January 9, 2023

David C. Keesler
United States Magistrate Judge