IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-663-MOC-DCK

| | |
|---|---|
| **LATREASS BRITTIAN,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **ESA MANAGEMENT, LLC, ET AL.,** | ) |
| **Defendants**. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 32) filed by Lucas D. Garber, concerning Lauren Ceckowski, on February 13, 2023. Lauren Ceckowski seeks to appear as counsel *pro hac vice* for Defendants TWC Norcross LLC, Three Wall Capital, LLC, and Aimbridge Hospitality, LLC. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 32) is **GRANTED**. Lauren Ceckowski is hereby admitted *pro hac vice* to represent Defendants TWC Norcross LLC, Three Wall Capital, LLC, and Aimbridge Hospitality, LLC.

**SO ORDERED**.

Signed: February 13, 2023

David C. Keesler
United States Magistrate Judge