**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:22-CV-663-MOC-DCK**

| | | |
|---|---|---|
| **LATREASS BRITTIAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **EXTENDED STAY AMERICA, INC., et al.,** | ) | |
| | ) | |
| **Defendants**. | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 36) filed by Scott C. Harris, concerning James M. Evangelista, on February 24, 2023. James M. Evangelista seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

IT IS, THEREFORE, ORDERED that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 36) is **GRANTED**. James M. Evangelista is hereby admitted *pro hac vice* to represent Plaintiff.

SO ORDERED.

Signed: February 26, 2023

David C. Keesler
United States Magistrate Judge