**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO.  3:22-CV-663-MOC-DCK**

| | | |
|---|---|---|
| **LATREASS BRITTIAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **EXTENDED STAY AMERICA, INC.,  et al.,** | ) | |
| | ) | |
| **Defendants**. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 52) filed by William M. Butler, concerning Melissa C. McLaughlin, on September 8, 2023.  Melissa C. McLaughlin seeks to appear as counsel *pro hac vice* for Defendants Extended Stay America, Inc. and ESA Management, LLC.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 52) is **GRANTED**.  Melissa C. McLaughlin is hereby admitted *pro hac vice* to represent Defendants Extended Stay America, Inc. and ESA Management, LLC.

**SO ORDERED**.

Signed: September 8, 2023

David C. Keesler
United States Magistrate Judge