IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-663-MOC-DCK

| LATREASS BRITTIAN, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER |
| ESA MANAGEMENT, LLC, THREE WALL CAPITAL, LLC, AIMBRIDGE HOSPITALITY, LLC, ESH HOSPITALITY STRATEGIES, LLC, ESH STRATEGIES BRANDING, LLC, ESH STRATEGIES FRANCHISE, LLC, ESH HOSPITALITY, INC., TWC NORCROSS LLC, and DOE COMPANIES, 1-10, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "TWC Defendants' [Motion For] Joinder To The ESA Defendants' Motion To Dismiss Count I…" (Document No. 72) filed January 26, 2024, and the TWC Defendants' Motion For "…Joinder To The ESA Defendants' Reply In Support Of Their Motion To Dismiss" (Document No. 76) filed February 16, 2024. These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Having carefully considered the motions and the record, and noting that Plaintiff's counsel has subsequently indicated consent to the pending motions, the undersigned will grant the motions. The TWC Defendants may join the ESA Defendants' filings (Document Nos. 71 and 75).

**IT IS, THEREFORE, ORDERED** that the "TWC Defendants' [Motion For] Joinder To The ESA Defendants' Motion To Dismiss Count I…" (Document No. 72) and the TWC

Defendants' Motion For "…Joinder To The ESA Defendants' Reply In Support Of Their Motion To Dismiss" (Document No. 76) are **GRANTED**.

    **SO ORDERED**.

Signed: February 20, 2024

David C. Keesler
United States Magistrate Judge