# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:22-CV-663-MOC-DCK

| | |
|---|---|
| LATREASS BRITTIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ESA MANAGEMENT, LLC, THREE ) | |
| WALL CAPITAL, LLC, AIMBRIDGE ) | |
| HOSPITALITY, LLC, ESH ) | |
| HOSPITALITY STRATEGIES, LLC, ESH ) | |
| STRATEGIES BRANDING, LLC, ESH ) | |
| STRATEGIES FRANCHISE, LLC, ESH ) | |
| HOSPITALITY, INC., TWC NORCROSS ) | |
| LLC, and DOE COMPANIES, 1-10, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion To Stay Pending Deadlines" (Document No. 81) filed July 18, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

By the instant motion, the parties report that they "have engaged in settlement discussions and have reached a confidential settlement on an individual basis between Latreass ("Lisa") Brittian and Defendants dismissing her claims with prejudice and dismissing the class claims without prejudice." (Document No. 81, p. 2). The parties request a thirty (30) day stay to finalize the settlement agreement. (Document No. 81).

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion To Stay Pending Deadlines" (Document No. 81) is **GRANTED**. This matter is **STAYED** until **August 16, 2024**.

**IT IS FURTHER ORDERED** that the parties shall file a Notice Of Settlement or Stipulation Of Dismissal, or in the alternative, a Joint Status Report that proposes revised case deadlines, on or before **August 19, 2024**. Further extension of this deadline is unlikely to be allowed.

**SO ORDERED**.

Signed: July 18, 2024

David C. Keesler
United States Magistrate Judge